# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TING XUN ZHEN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 4:04-cv-02313 |
| | ) |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

The petitioner, Ting Xun Zheng, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He alleges that he is being illegally detained by the respondent pending his repatriation to China. (Doc. 1). The respondent has filed a motion to dismiss the case as being moot due to the fact that the petitioner has recently been granted release on supervision pending his repatriation to China and is no longer in the respondent's custody. (Doc. 13.) The petitioner has filed nothing in response to the motion.

Premised on the foregoing, the respondent's motion is hereby **GRANTED**. The petitioner's application for a writ of habeas corpus is due to be and hereby is **DISMISSED** as being **MOOT**.

Done this 20th day of April, 2005.

U.W. Clemon
Chief United States District Judge